FILED: July 23, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1831
(5:13-cv-00379-BO)
_____

PATCH RUBBER COMPANY

    Plaintiff - Appellant

v.

KIRK TOELKE

    Defendant - Appellee

and

REMA TIP TOP NORTH AMERICA INC.

    Intervenor/Defendant

_____

O R D E R
_____

Upon consideration of the motion to exceed length limitations of motion for injunctive relief pending appeal, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk